IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANA CONTRERAS, MIGUEL CORNEJO MEYER, AMY ARAIZA, and VIDAL FREGOSO, as individuals,<br><br>Plaintiff(s),<br>vs.<br><br>EDWARD HON, an individual; and BEVEN & BROCK PROPERTY MANAGEMENT COMPANY, INC., a California corporation,<br><br>Defendant(s). | Case No.: CV13-08297-MMM (Ex)<br><br>Assigned to Courtroom: 780<br>The Hon. Margaret M. Morrow<br><br>[~~PROPOSED~~] **PRELIMINARY INJUNCTION**<br><br>Action Commenced: 11/07/2013<br>Trial Date: Not Set<br>Discovery Cut-Off: Not Set<br>Law & Motion Cut-Off: Not Set |

This matter is before the Court on the Order to Show Cause re Preliminary Injunction (Docket No. 11). Defendants have failed to file a response to the Order to Show Cause and the deadline has passed. For the reasons stated in the Court's Order Granting *Ex Parte* Application for Temporary Restraining Order, filed on November 15, 2013, (Docket No. 10) IT IS HEREBY ORDERED:

1. Defendants and Defendants' respective agents, employees, representatives, and all persons acting under Defendants' direction shall not commence eviction proceedings against Plaintiffs Amy Araiza and Vidal Fregoso

from the property located at 6805 Rosemead Blvd, San Gabriel, California 91755, or take any further action in an attempt to evict Plaintiffs from their residence, pending the resolution of this case or the dissolution of this Preliminary Injunction;

    2.    Defendants shall not refuse to accept rent from Plaintiffs Araiza and Fregoso for the unit;

    ~~3.~~    ~~The November 25, 2013, hearing is hereby VACATED~~.

IT IS SO ORDERED.

Dated: November 25, 2013

*Margaret M. Morrow*
HONORABLE MARGARET MORROW
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] PRELIMINARY INJUNCTION