<pre>
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA
 8
 9   ANA CONTRERAS, et al.            CASE NO:
                                      2:13−cv−08297−MMM−E
10              Plaintiff(s),
11        v.
                                      ORDER DISMISSING CIVIL
12   EDWARD HON, et al.               ACTION
13
14              Defendant(s).
15
16
</pre>

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: February 19, 2014

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

−1−